UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21214-CIV-LENARD/O'SULLIVAN

MARCELO ARRIETA

    Plaintiff,

v.

MAHR INVESTMENTS, LLC d/b/a
BRAZA NOVA GRILL
an incorporated Florida business, and
HECTOR J. PIRES,
jointly and severally,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion for Default Final Judgement (DE# 17, 8/28/13). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida, provides in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (emphasis added).

Having received no response from the defendants and a response having been due, it is

ORDERED AND ADJUDGED that the defendants shall file a response to the Plaintiff's Motion for Default Final Judgement (DE# 17, 8/28/13) on or before **Monday, September 16, 2013**. The failure to file a response may result in a recommendation that the Plaintiff's Motion for Default Final Judgement (DE# 17, 8/28/13) be granted in

its entirety.  The plaintiff may file a reply no later than **Thursday, September 26, 2013**.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **29th** day of August, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record

Copies mailed by Chambers to:
Mahr Investments, LLC d/b/a Braza Nova Grill
and Hector J. Pires
9610 SW 8th St.
Miami, FL 33174